In the Matter of the Arbitration between FRANZ ROSENTHAL, INC., Respondent, and KURT TANNHAUSER, Appellant.

Argued October 15, 1952; decided November 20, 1952.

814

*Emanuel Tacker* and *Michael Koses* for appellant.

*Myron J. Greene* and *Chester Inwald* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, and FROESSEL, JJ. Taking no part: FULD, J.